## UNITED STATES BANKRUPTCY COURT
## FOR THE
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| TRACY L. KROWEL | ) | Case No. 06-42091-JBR |
| | ) | |
| DEBTOR. | ) | |

### EMERGENCY ASSENTED TO MOTION TO DISMISS BANKRUPTCY

The Debtor, Tracy L Krowel, who resides at 425b Salisbury Street, Worcester, MA has filed for Chapter 11 a.m. respectfully represents the following:

1. Now comes the Debtor Tracy L Krowel who respectfully requests this honorable court to dismiss the above pending bankruptcy. In support thereof the Debtor states that the underlying reasons for the bankruptcy have been resolved.

2. The primary secured creditor, LBM Financial, LLC. has agreed to an arrangement that obviates the need for this Chapter 11 proceeding.

3. It is in the best interest of the Debtor and all of the secured and unsecured creditors to dismiss this case.

4. LBM Financial, LLC. has assented to this motion.

Wherefore, the Debtor respectfully requests that this honorable court dismiss this bankruptcy proceeding.

Respectfully Submitted,
Tracy L. Krowel,
Pro Se:

_____
Tracy L. Krowel